IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Joel Cabrera, | No. C 08-03761 JW |
| Plaintiff, | **ORDER TO SHOW CAUSE RE: SANCTIONS** |
| v. | |
| Bay Area Credit Services, | |
| Defendant. | |

On June 10, 2009, the Court issued an Order granting Plaintiff's Motion for Attorney Fees. (See Docket Item No. 34.) In its Order, the Court instructed that the parties "shall file a Stipulated Dismissal" on or before June 25, 2009, and that failure to do so may result in appropriate sanctions for both parties. (Id. at 3.) To date, the parties have failed to file their Stipulated Dismissal or otherwise communicate with the Court on the status of their case

Accordingly, the Court orders *both parties* to appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **July 13, 2009 at 9 a.m.** to show cause, if any, by actual appearance in Court, and by certification filed with the Court on or before **July 7, 2009,** why they should not be sanctioned for failing to comply with the Court's Order.  The certificate shall set forth in factual summary the reason no filings have been made with the Court and what steps the parties are taking to bring this case to a close.

Failure to comply with any part of this Order will be deemed sufficient grounds for further monetary sanctions as to both parties.

Dated: July 1, 2009

JAMES WARE  
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Andrew M. Steinheimer asteinheimer@ecplslaw.com
Darrell Warren Spence dspence@ecplslaw.com
Nicholas Joseph Bontrager nbontrager@consumerlawcenter.com

**Dated: July 1, 2009**                                    **Richard W. Wieking, Clerk**

                                                **By: /s/ JW Chambers**
                                                        **Elizabeth Garcia**
                                                        **Courtroom Deputy**

**United States District Court**
For the Northern District of California