IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

JOEL CABRERA,

    Plaintiff,

vs.

BAY AREA CREDIT SERVICES,

    Defendant.

Case No.: 5:08-cv-03761-JW

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.** The Clerk shall close this file.

Dated: August 12, 2009

_____
The Honorable Judge
James Ware
United States District Judge

*(Stamp: IT IS SO ORDERED, Judge James Ware, United States District Court, Northern District of California)*

1

[Proposed] Order